1000

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY ERIKSSON v. REFINERS EXPORT COMPANY, INC. (Action No. 2.) —

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SOL GALANTER v. HENRY PEARSON. ALEXANDER P. STRAUSS. MILTON S. MARKS.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIUS A. SCHULMAN v. THE CITY OF NEW YORK.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SPRUILLE BRADEN v. F. EUGENE NEWBOLD et al.—

Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DAVID J. BREEN, as Administrator of the Estate of HENRY BREEN, Deceased, v. TITLE GUARANTEE AND TRUST COMPANY.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

YETTY SCHWARZ et al. v. RAYMOND FERRIOLS and DORN'S TRANSPORTATION, INC.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BESSIE ROBINS v. BERNARD L. GOLD.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN V. MORRIS v. CHEMICAL BANK & TRUST COMPANY.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN W. M. MACKAY et al., by IRVING ZION, Their Guardian ad Litem, v. FRANK L. POLK, as Trustee, et al., Impleaded with Others.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAXWELL B. FIELDS v. PREDIONICA I TKANICA A. D., and ROYAL YUGOSLAV GOVERNMENT.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAXWELL B. FIELDS v. PREDIONICA I TKANICA A. D., and ROYAL YUGOSLAV GOVERNMENT.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GENEVIEVE C. HOYT v. JOHN R. HOYT.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Opening of EXTERIOR STREET, Borough of the Bronx. BOWERY SAVINGS BANK. STEPHENS FUEL COMPANY, INC.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.